UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| LEO VILLARREAL,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 5:25-CV-05084-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Screening and Dismissing § 2255 Motion, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed for lack of jurisdiction.

DATED this __10th__ day of November, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE